ORIGINAL

**COVER SHEET**

***In The United States Court of Federal Claims***

**Cover Sheet**

04-1244C

Plaintiff(s) or Petitioner(s) Triton Marine Construction Corporation

Name of the attorney of record (See RCFC 83.1(c)): Stephen L. Nourse

Firm Name: CARNEY BADLEY SPELLMAN

Street Address: 700 Fifth Avenue, Suite 5800

City-State-Zip: Seattle, WA 98104-5017

Telephone & Facsimile Numbers: (206) 622-8020 and (206) 467-8215

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

• • •

Nature of Suit Code: 100

• • •

Agency Identification Code: AF

Amount Claimed: Amount currently being ascertained

If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.