IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TRITON MARINE CONSTRUCTION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | NO. 04-1244C<br>(Honorable Lawrence J. Block)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

**VOLUNTARY DISMISSAL**

Plaintiff, by and through its attorney, hereby requests a voluntary dismissal without prejudice of the above-entitled action, pursuant to Civil Rule 41(a)(1).

CARNEY BADLEY SPELLMAN, P.S.

By s/ John C. Dippold for
Stephen L. Nourse
CARNEY BADLEY SPELLMAN, P.S.
700 Fifth Avenue, Suite 5800
Seattle, WA 98104-5017
(206) 622-8020
email: nourse@carneylaw.com
Attorneys for Triton Marine Construction Corporation

DATED this 6th day of August, 2004.

*Of Counsel:*
John C. Dippold
CARNEY BADLEY SPELLMAN, P.S.
700 Fifth Avenue, Suite 5800
Seattle, WA 98104-5017
(206) 622-8020
email: dippoldj@carneylaw.com

**ORDER OF DISMISSAL**

THIS MATTER having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, this Court having considered all of the files and records herein, and having been otherwise advised on the premises, does herewith, pursuant to the foregoing Notice,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action hereby dismissed without prejudice and without costs to any party.

DONE IN OPEN COURT this _____ day of _________________, 2004.

____________________________________
Honorable Lawrence J. Block