# In the United States Court of Federal Claims

**No. 04-1244 C**

**TRITON MARINE CONSTRUCTION CORPORATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed August 9, 2004,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a)(1), that the complaint is dismissed.

Brian Bishop
Clerk of Court

**August 16, 2004** By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.